# Exhibit B

# SEIU Local 721, CTW, CLC
## Membership Application
## San Bernardino Courts

Mail to: SEIU Local 721, CTW, CLC
6177 River Crest Dr., Ste. B
Riverside, CA 92507
**Phone:** (951) 571-7700
**Fax:** (951) 653-6310



**PLEASE PRINT CLEARLY**

dso opeiu 537, afl-cio 6/15

**Employer Name** San Bernardino County, Superior Court

**Employee ID #** ~~E7444~~ 10004244  **Social Security # (optional)**

**Last Name** KANT  **First Name** ATISHMA  **M.I.**

**Date of Birth** 11/13/1983  **Gender:** ☐ Male ☒ Female

**Home Address** 755 MONTECITO DRIVE  **City** LOS ANGELES  **State** CA  **Zip Code** 90031

**Home Phone**  **Work Phone** 909-521-3692

**Personal Cell Phone** 951-867-8574  **Personal Email**

☐ Yes, I want to receive text messages from SEIU 721. *SEIU 721 will never charge for mobile messages. Standard data rates may apply—please check with your cell phone provider.*

**Job Title** BUSINESS PROCESS SPECIALIST  **Date Hired** 5/12/2018

**Department Name** PROJECT MANAGEMENT OFFICE

**Work Address** 351 N. ARROWHEAD AVE.  **City** SAN BERNARDINO  **Zip Code** 92415

I hereby request and accept membership in SEIU Local 721 and authorize the Union as my designated exclusive bargaining agent to represent me and to negotiate and conclude on my behalf any and all agreements as to wages, hours, and other conditions of work. I agree to be bound by the Constitution and Bylaws of the Union and by any contracts that may be in existence at the time of application or that may be negotiated by the Union.

**Date** 5/29/18  **Signature** [signed]  5/29/18

I further authorize SEIU Local 721 to instruct my employer to deduct and remit to the Union, any dues, fees and general assessments from my paycheck and to adjust the amount of this deduction as may be required to comply with changes in premiums under existing agreements with insurance plans, or to comply with dues schedules and general assessments determined by the Union. Irrespective of my membership in the Union, deductions for this purpose shall remain in effect and be irrevocable unless revoked by me in writing in accordance with applicable provisions in the memorandum of understanding or agreement between my employer and SEIU Local 721. In the absence of such provision, this authorization shall remain in effect and can only be revoked by me in writing during the period not less than thirty (30) days and not more than forty-five (45) days before the annual anniversary date of this authorization.

It is my responsibility as a member to notify the Union if I believe my deductions are incorrect or if I am no longer in a bargaining unit represented by SEIU Local 721. The Union will not refund any dues payments beyond six (6) months from the date of the member's request for refund. While dues, fees and assessments to SEIU Local 721 are not tax deductible as charitable contributions for federal income tax purposes, they may be deductible under other provisions subject to various restrictions imposed by the Internal Revenue Code.

**Date** 5/29/18  **Signature** [signed]

## COPE CONTRIBUTION FORM

### Contribute to the SEIU Local 721 Committee on Political Education (COPE)

I am volunteering to contribute to SEIU Local 721 COPE to help elected officials stand up for working people.

I authorize my union, SEIU Local 721, to file this payroll deduction with my employer and for my employer to forward that amount specified to SEIU Local 721 COPE.

I understand that: 1) I am not required to sign this form or make COPE contributions as a condition of my employment by my employer or membership in the union; 2) I may refuse to contribute without any reprisal; 3) Only union members and executive/administrative staff who are U.S. Citizens or lawful permanent residents are eligible to contribute to SEIU Local 721 COPE; 4) The amounts on this form are merely a suggestion, and I may contribute more or less by this or some other means without fear of favor or disadvantage from the union or my employer; 5) SEIU Local 721 COPE uses the money it receives for political purposes, including but not limited to addressing political issues of public importance and contributing to and spending money in connection with federal, state and local elections.

Contributions to SEIU Local 721 COPE are not deductible for federal income tax purposes. This authorization shall remain in effect until revoked in writing by me.

**Are You Registered to Vote?:** ☐ Yes ☐ No

I authorize my employer to deduct: ☐ $10 ☐ $15 ☐ $20 ☐ $25 every month from my paycheck and transfer the funds to SEIU Local 721 COPE. My signature shows that I have reviewed and agree with the terms on this form.

**Date**  **Signature**

## SEIU 721 MEMBER LIFE INSURANCE

Active SEIU 721 members are automatically covered for $2,000 life insurance and an additional $2,000 for accidental death and dismemberment insurance (a total of $4,000 if accidental death). Please indicate up to two beneficiaries below.

**Primary Beneficiary** DEBASHISH GHOSH  **Relationship** HUSBAND

**Secondary Beneficiary** VEDAANT GHOSH  **Relationship** SON