# Exhibit C

# SIDE LETTER AGREEMENT TO MEMORANDUM OF UNDERSTANDING BETWEEN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO AND THE SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 721
## 2015 – 2019

The Superior Court of California, County of San Bernardino and the Service Employees International Union, Local 721 met and have agreed to an extension of the 2015 – 2019 Memorandum of Understanding for an additional two years. The two-year extension will continue the terms of the current memorandum of understanding in full, except as modified below.

**SALARY ADJUSTMENTS**

**Article 7 – Benefit Plan**

The Court shall provide the following subsidies for employees who enroll in HMO medical benefit plans for all employee groups on a per-pay period basis:

| January 2020 | January 2021 |
| --- | --- |
| 56.0% of the medical premium cost | 57.0% of the medical premium cost |

**Article 50 – Salary Adjustments**

Two (2) additional base salary increases and a one-time equity adjustment shall be provided as follows:

Effective the first full pay period closest to September 1, 2019, the base salary for all bargaining unit employees shall be increased by 3%.

Effective the first full pay period closest to September 1, 2020, the base salary for all bargaining unit employees shall be increased by 3%.

A one-time payment of $1000 gross shall be paid to each employee who is on the payroll and has successfully passed their initial probationary period by December 31, 2018. The payment shall be included with the regular payroll dated December 28, 2018.

**Article 56 – Term**

The term is extended through September 30, 2021, and the language for Article 56 – Term is replaced in its entirety as follows:

The term of this Memorandum of Understanding shall commence at 12:01 a.m. July 1, 2015, and this Memorandum of Understanding shall expire and otherwise be fully terminated at 12:00 a.m. (midnight) of September 30, 2021. If a successor Memorandum of Understanding has not been reached by 12:00 a.m. (midnight) of September 30, 2021, the terms and conditions of this Memorandum of Understanding of shall be extended one (1) year or until a successor Memorandum of Understanding is adopted, whichever occurs sooner.

This agreement will take effect immediately after signing by the Parties' authorized representatives.

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

*[signatures]* 12/21/18

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 721

_____

_____

APPROVED BY THE COURT JUDGES EXECUTIVE COMMITTEE:

*[signature]*
JOHN P. VANDER FEER
Presiding Judge
Dec. 21, 2018

*[signature]*
NANCY C. EBERHARDT
Court Executive Officer  12-21-18

SUPERIOR COURT OF CALIFORNIA  
COUNTY OF SAN BERNARDINO

SERVICE EMPLOYEES INTERNATIONAL  
UNION, LOCAL 721

APPROVED BY THE COURT JUDGES EXECUTIVE COMMITTEE

JOHN P. VANDER FEER  
Presiding Judge  
Dec. 21, 2018

NANCY C. EBERHARDT  
Court Executive Officer   12-21-18