# Exhibit D

Service Employees International Local 721
1545 Wilshire Blvd., Ste. 100
Los Angeles, CA 90017



JUL17 19  5:22PI

SEIU 721 President:

Effective immediately, I resign membership in all levels of Service Employees International Local 721.

I do not consent to any payment or withholding of dues, fees, or political contributions to the union or its affiliates. If you believe I have given consent in the past, that consent is revoked, effective immediately.

The right to be free from forced union payments is guaranteed under the First Amendment of the Federal Constitution as recognized by *Janus v. AFSCME*. I insist that you immediately cease deducting any and all union dues or fees from my paycheck or account, as is my constitutional right. This notification is permanent and continuing in nature, until I sign indicating otherwise.

Further exaction of All union dues or fees against my will violates my constitutional rights. If you refuse to process such cessation of payment, I request that you:

- promptly provide me with a copy of any dues deduction authorization — written, electronic, or oral — the union has on file for me; and
- promptly inform me, in writing, of exactly what steps I must take to effectuate my constitutional rights and stop the deduction of dues/fees.

I understand that SEIU 721 has arranged to be the sole provider of workplace representation services for all employees in my bargaining unit. I understand further that, in exchange for the privilege of acting as the exclusive bargaining representative,  SEIU 721 must continue to represent me fairly and without discrimination in dealings with my employer and cannot, under any circumstances, deny me any wages, benefits, or protections provided under the collective bargaining agreement with my employer.

Please reply promptly to my request.

Atishma Kant , Employee No. C7447
225 East Fern Avenue
Redlands, California 92373
(951) 867-8574

Superior Court of San Bernardino County
Business Process Specialist
Program Management Office

Signature and Date: _____  7/11/19 _____

☑ Do not contact me with any future membership solicitations or union materials.