# Exhibit E



**SEIU**
SERVICE EMPLOYEES
INTERNATIONAL UNION, CTW, CLC

OFFICERS
Bob Schoonover
PRESIDENT
Linda Dent
VICE PRESIDENT
Lillian Cabral
SECRETARY
David Green
TREASURER

DIRECTORS

LA COUNTY
Lydia Cabral
VICE PRESIDENT
Sharonda Wade
VICE PRESIDENT
Carolyn Dasher
Patrick Del Conte
Kelly Dixon
Valencia Garner
Steven Gimian
Adolfo Granados
Arcelia Lopez
Alina Mendizabel
Tony F. Mendoza
Omar Perez
Jose Sanchez
Grace Santillano
Veryeti Vassel

LA/OC CITIES
Stacee Karnya
VICE PRESIDENT
Nady Maechling
VICE PRESIDENT
Joaquin Avalos
Fidel Avila
Kesavand Korand
Daren McDaniel
Andy Morales
Simboa Wright
Salvador Zambrano

TRI-COUNTIES
Grace Sepulveda
VICE PRESIDENT
Rosa Castro
VICE PRESIDENT
Shannon Abramovitch
Roberto Camacho
Charles Harrington
Pamela Meadows
Liza Rocha

INLAND AREA
Corinne Parker
VICE PRESIDENT
Tim Burke
Oracio Diaz
Cammie Sohm
Roger Nunez
Ed Toole
David Warpness

July 17, 2019

Dear Kant Atishma,

This letter confirms your request to resign from union membership. As of the date of this letter, your status has been changed to Nonmember and you will no longer receive or be entitled to the rights and benefits only afforded to full dues paying members of SEIU Local 721.

Enclosed you will find a copy of the letter you submitted on 7/17/2019 requesting to resign from union membership.

Please be advised, however, that although you are no longer a member, you previously made a commitment to pay an amount equal to dues until the agreed-upon revocation period to revoke dues deductions as **outlined in your contract or membership application.** If you have any questions or need assistance identifying your revocation period, **please call the Member Connection at (877) 721-4YOU.**

Please note that if you do not make a written request to revoke dues deductions during your specific revocation period, deductions will renew annually until the next revocation period, when you will again have the opportunity to revoke deductions.

We encourage you to send all mailed correspondences to:
   ATTN: MEMBERSHIP DEPARTMENT
   1545 Wilshire Blvd., Suite 100
   Los Angeles, CA 90017.

As a reminder, you will no longer receive or be entitled to member-only rights and benefits. Membership dues support efforts to obtain better wages, benefits and job protections for you, your coworkers and your families. Additionally, only members are entitled to participate in internal union matters, vote for union leaders, and vote on a collective bargaining agreement that controls your wages, benefits and working conditions. All of this is necessary to build strength for the interests and safety of workers like you. It is never too late to reconsider union membership. We hope you will re-join our labor family soon.

In solidarity,

Department of Membership
SEIU Local 721
(877)721-4YOU

http://www.seiu721.org

1545 Wilshire Blvd., Ste 100 • Los Angeles CA 90017-9664 • Tel (213) 368-8660 • Fax (213) 380-8040
6177 River Crest Dr., Ste B • Riverside CA 92507 • Tel (951) 571-7700 • Fax (951) 653-6310
340 S. Farrell Dr., Ste A104 • Palm Springs CA 92262 • Tel (760) 322-7191 • Fax (760) 322-7161
2472 Eastman Ave., Ste 30 • Ventura CA 93003-5774 • Tel (805) 650-4420 • Fax (805) 650-1026

222 W Carmen Lane Ste 201 • Santa Maria CA 93458 • Tel (805) 623-5256 • Fax (805) 623-5257
1651 E 4th St., Ste 250 • Santa Ana CA 92701 • Tel (714) 541-1086 • Fax (714) 541-1084
44421 10th St. West, Ste I • Lancaster CA 93534 • Tel (877) 721-4968 • Fax (661) 206-7800