# Exhibit G



**LOCAL 721**

**SEIU**
SERVICE EMPLOYEES
INTERNATIONAL UNION, CTW, CLC

**OFFICERS**
Bob Schoonover
PRESIDENT

Linda Dent
VICE PRESIDENT

Lillian Cabrál
SECRETARY

David Green
TREASURER

**DIRECTORS**

**LA. COUNTY**
Arcélia López
VICE PRESIDENT
Kelley Dixon
VICE PRESIDENT

Lydia Cabrál
Carolyn Dasher
Patrick Del Conte
Valencia Garner
Steven Gimian
Adolfo Granados
Alina Mendizabal
Tony F. Mendoza
Omar Perez
José Sánchez
Grace Santillano
Veryeti Vassel
Sharonda Wade

**LA/OC CITIES**
Simboa Wright
VICE PRESIDENT
Stacee Karnya
VICE PRESIDENT

Joaquín Ávalos
Pedro Conde
Kesavan Korand
Guillermo Martinez
Andy Morales
Victor M. Vasquez
Salvador Zambrano

**TRI-COUNTIES**
Grace Sepúlveda
VICE PRESIDENT
Rosa Castro
VICE PRESIDENT

Roberto Camacho
Jesse Gomez
Charles Harrington
Fernando Ortiz
Liza Rocha

**INLAND AREA**
Christi Bell
VICE PRESIDENT
Cheylynda Barnard
VICE PRESIDENT

Mike Beato
Tim Burke
Orácio Díaz
Barbara Hunter
Roger Nuñez
Tara Stoddart
David Warpness

**RETIREE MEMBER**
Charley Mims

http://www.seiu721.org

<u>**VIA U.S. MAIL**</u>

August 14, 2019

Dear Atishma Kant,
10004244

This letter is to acknowledge receipt of your Notice to Cease and Desist dated July 31, 2019.

Please be advised that we are currently investigating the matter and we will get back to you with a response no later than August 30, 2019.

If you have any further questions, please contact our Member Connection Department at (877) 721-4YOU.

We appreciate your patience.

Sincerely,

Membership Department
SEIU Local 721
1545 Wilshire Blvd, Ste. 100
Los Angeles, CA 90017

Cc: **National Labor Relations Board Region 31**, 11500 West Olympic Blvd, Ste. 600, Los Angeles, CA 90064
**Division of Labor Standards Enforcement**, 455 Golden Gate Ave., 9th floor, San Francisco, CA 94102

1545 Wilshire Blvd., Ste 100 • Los Angeles CA 90017-9664 • Tel (213) 368-8660 • Fax (213) 380-8040      222 W Carmen Lane Ste 201 • Santa Maria CA 93458 • Tel (805) 623-5256 • Fax (805) 623-5257
6177 River Crest Dr., Ste B • Riverside CA 92507 • Tel (951) 571-7700 • Fax (951) 653-6310              1651 E 4th St., Ste 250 • Santa Ana CA 92701 • Tel (714) 541-1086 • Fax (714) 541-1084
77-933 Las Montanas Rd Ste 205, Area C • Palm Desert, CA 92211                                          44421 10th St. West Ste I • Lancaster CA 93534 • Tel (877) 721-4968 • Fax (661) 206-7800
2472 Eastman Ave., Ste 30 • Ventura CA 93003-5774 • Tel (805) 650-4420 • Fax (805) 650-1028