JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATISHMA KANT, et al., | Case No. ED CV 21-1153 FMO (SHKx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 721, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action, IT IS ADJUDGED THAT plaintiffs' federal claims are dismissed with prejudice and to the extent a state law claim has been alleged by plaintiffs, the state claim is dismissed without prejudice.

Dated this 1st day of September, 2022.

/s/
Fernando M. Olguin
United States District Judge